IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CALDWELL-BAKER COMPANY,** *et al.*,
Appellants,

v.

**SOUTHER ILLINOIS RAILCAR COMPANY,** *et al.*,
Appellees.                                                                   No. 04-800-DRH

<u>**ORDER**</u>

**HERNDON, District Judge:**

Now before the Court is the parties' Motion for Entry of an Order Referring Matter to Bankruptcy Court for a Limited Purpose ("Motion"). (Doc. 16.) The Court has been advised that on or about June 12, 2006 the parties entered into a Stipulation and Settlement Agreement. Pursuant to that agreement, the Court **GRANTS** the parties' Motion (Doc. 16) and orders that this matter is hereby **REFERRED** to the United States Bankruptcy Court for the Southern District of Illinois ("Bankruptcy Court") for the **sole and limited purpose** of considering:

    1.    Motions for entry of the Claim Order and Vacation Order as defined in the parties' Motion; and

    2.    Entry of the Claim Order and Vacation Order.

Parties shall report to this Court regarding the status of proceedings in the

Bankruptcy Court **on or before October 30, 2006**.

**IT IS SO ORDERED.**

Signed this 18th day of September, 2006.

/s/      David   RHerndon
**United States District Judge**