IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CALDWELL-BAKER COMPANY, et al.,**

      **Appellants,**

   **vs.**                                             Cause No. 04-CV-800 DRH

**SOUTHERN ILLINOIS RAILCAR COMPANY, et al.,**

      **Appellees**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.-----

                                                    **NORBERT G. JAWORSKI, CLERK**

January 8, 2007                                By:   s/Patricia Brown
                                                               Deputy Clerk

APPROVED: /s/ David R Herndon
                **U.S. DISTRICT JUDGE**